**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Buddy William Tafoya, | No. CV-19-00105-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Tucson Police Department, et al., | |
| Defendants. | |

The Court received Mr. Tafoya's response to the Motion to Stay. Although mailed on time, the Clerk of Court did not receive the Response until August 28, 2019. The Court has considered Mr. Tafoya's response, but does not find his objections to a stay of this matter overcome the fact that his claim is "related to rulings that will likely be made in a pending or anticipated criminal trial." *See Wallace v. Kato*, 549 U.S. 384, 393-94 (2007). Supreme Court precedent prevents this Court from hearing this case until completion of the criminal matter. The Court's Order staying this matter shall therefore remain in effect.

Dated this 29th day of August, 2019.

Honorable Raner C. Collins
Senior United States District Judge